# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES SIECK,
Appellant,
vs.
ELIZABETH SIECK,
Respondent.

No. 81895

**FILED**

NOV 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's notice of withdrawal of appeal, this appeal is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Rena G. Hughes, District Judge, Family Court Division
Bowen Law Offices
Elizabeth Sieck
Eighth District Court Clerk

20-42148